UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REV. CALVIN WARREN, ) | |
| ) | 2:08-CV-00830-PMP- LRL |
| Plaintiff, ) | |
| v. ) | O R D E R |
| GEORGE BUSH, et al., ) | |
| Defendants. ) | |

Before the Court for consideration is Plaintiff Rev. Calvin Warren's Motion/Application for Leave to Proceed In Forma Pauperis and a Complaint (Doc. #1), filed on June 25, 2008. On July 22, 2008, the Honorable Lawrence R. Leavitt, United States Magistrate Judge, entered an Order and Recommendation (Doc. #2) recommending that Plaintiff's application to proceed in forma pauperis is granted, and the Clerk of Court shall file the Complaint. In addition, Magistrate Leavitt recommended that the Complaint be dismissed with prejudice as delusional and frivolous.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that Magistrate Judge Leavitt's Order and Recommendation should be Affirmed.

///

///

**IT IS THEREFORE ORDERED** that Magistrate Judge Leavitt's Order and Recommendation (Doc. #2) are Affirmed and Plaintiff Rev. Calvin Warren's Complaint (Doc. #1) be DISMISSED with prejudice.

DATED:  August 12, 2008.

_____
PHILIP M. PRO
United States District Judge